# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-1308-TUC-RCC(DTF) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Francisco Garcia- Gastelum, | |
| Defendant. | |

The Court having made a de novo review of the Report of Recommendation filed by Magistrate Judge Ferraro (Doc.41),  and no objections filed by the parties there to,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge.

**IT IS FURTHER ORDERED** that this case is set for trial on November 15, 2016 at 9:30am before Chief Judge Raner C. Collins. The Plea deadline is October 28, 2016.

**IT IS FURTHER ORDERED** the excludable delay under Title 18 U.S.C Section 3161(h)(1)(A), ordered on January 11, 2016 shall end on October 12, 2016.

Dated this 12th day of October, 2016.

Raner C. Collins
Chief United States District Judge